435 A.2d 912

Commonwealth v. Fox, Appellant.

Argued December 1, 1980. Robert J. O'Shea, Jr., Assistant Public Defender, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.